FILED
CLERK, U.S. DISTRICT COURT
08/27/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | No. 5:25-cr-00266(A)-SSS |
|---|---|
| Plaintiff, | FIRST SUPERSEDING INDICTMENT |
| v. | |
| JOSE DE JESUS ORTEGA and DANIELLE NADINE DAVILA, | [18 U.S.C. § 111(a)(1): Assaulting, Resisting, and Impeding a Federal Officer] |
| Defendants. | |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), 2(a)]

[ALL DEFENDANTS]

On or about July 8, 2025, in San Bernardino County, within the Central District of California, defendants JOSE DE JESUS ORTEGA and DANIELLE NADINE DAVILA, each aiding and abetting the other, intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim C.W., an employee of the Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, while C.W.

///

///

was engaged in, and on account of, the performance of C.W.'s official duties, and, in doing so, made physical contact with C.W.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

*[signature]*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

JOHN A. BALLA
Assistant United States Attorney
Acting Chief, Riverside Office

CORY L. BURLESON
Assistant United States Attorney
Deputy Chief, Riverside Office

2