UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. | 5:25-CR-00266-SSS-2 | Date: 8/19/2025 |
| Present: The Honorable: | David T. Bristow, United States Magistrate Judge | |
| Interpreter | | Language |

| Rachel Maurice | RS - CS - 4 | Cory Burleson |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | ✓ Present | Released on Bond | Attorneys for Defendants: | Present | CJA |
|---|---|---|---|---|---|
| Danielle Nadine Davila | | | Oliver P Cleary | | |

Proceedings: Arraignment of Defendant and/or    ✓ Assignment of Case    Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Information Class A.
* Defendant is arraigned under name on the Information Class A.
* Court finds that the defendant is able to understand and comprehend the proceeding taking place.
* This case is assigned to Judge Sunshine Suzanne Sykes.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/6/2025 9:00 AM;

* Pre-Trial Conference: 9/19/2025 9:00 AM; Motion Hearing: 9/19/2025 9:00 AM
* Government counsel provides trial estimate of 4-6 days.
* Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
* The parties are referred to Judge Sykes' Procedures and Schedules to obtain a copy of the judge's Criminal Standing Order located on the Court's website at www.cacd.uscourts.gov.
Judge Sykes is located in 2, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

| cc: | PSALA | PSAED | PSASA | Initial Appearance/Appointment of Counsel: | : |
|---|---|---|---|---|---|
| | USMLA | USMED | USMSA | Arraignment: | : 05 |
| | Statistics Clerk | | Interpreter | Initials of Deputy Clerk: | RAM |
| | CJA Supervising Attorney | | Fiscal | | |