UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 5:25-CR-00266-SSS-2    Date: 9/5/2025

Present: The Honorable: Sheri Pym, United States Magistrate Judge

Interpreter _____    Language _____

| Kimberly Carter | CS 09/05/2025 | Benjamin Weir |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond    Attorneys for Defendants:  ✓ Present  Retained

Danielle Nadine Davila                           Oliver P. Cleary

**Proceedings: Arraignment of Defendant and/or**    Assignment of Case    Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the First Superseding Indictment .
* Defendant is arraigned under name on the First Superseding Indictment .
* Defendant is given copy of the First Superseding Indictment .
* Defendant acknowledges having read the First Superseding Indictment and discussed it with counsel.
* Court asks whether the defendant formally waives a detailed reading of the First Superseding Indictment, and defendant waives reading thereof.
* Defendant pleads "not guilty" to all counts of the First Superseding Indictment.
* All previously set dates remain.
* Government counsel provides trial estimate of 4 - 6 days.
* The parties are referred to Judge Sykes' Procedures and Schedules to obtain a copy of the judge's Criminal Standing Order located on the Court's website at www.cacd.uscourts.gov.
Judge Sykes is located in 2, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

cc: PSALA    PSAED    PSASA
    USMLA    USMED    USMSA         Initial Appearance/Appointment of Counsel: ____ : ____
    Statistics Clerk           Interpreter
    CJA Supervising Attorney   Fiscal                    Arraignment: 00 : 03
                                                 Initials of Deputy Clerk: kc

CR-11A                     Criminal Minutes – Arraignment                     Page 1